# UNITED STATES DISTRICT COURT
# FOR WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

_____

Elizabeth Martinez,

    Plaintiff,

**V.**                  Case No. 6:17-cv-03195-RK

Triple S Properties,

    Defendant.

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___X___ **Decision by Court.** This action has been considered and a decision has been rendered by the Court that:

ORDER granting Plaintiff's (Doc. 161), unopposed motion to dismiss the case. Defendant's counsel advised chambers by email that it does not oppose the motion. Case dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: April 22, 2020.          /s/ Paige Wymore-Wynn
                                        Clerk of the Court


Entered: April 22, 2020.        /s/ LaTandra Wheeler
                                         Deputy Clerk